IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN J. BIBBS,

       Plaintiff,

  v.

JAMES E. TILTON, Secretary of the California Department of Corrections and Rehabilitation, et al.,

       Defendants.
                                  /

No. C 10-3999 CW (PR)

ORDER OF TRANSFER

    Plaintiff, a state prisoner incarcerated at Pelican Bay State Prison (PBSP), has filed a _pro se_ civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has paid the filing fee.

    Although Plaintiff currently is incarcerated at PBSP, four of the six named Defendants are employed at the California Correctional Institution in Tehachapi, and the bulk of Plaintiff's claims arise out of events occurring at that facility. Additionally, another of the six named Defendants is the Secretary of the California Department of Corrections and Rehabilitation in Sacramento. Both Tehachapi, which is in Kern County, and Sacramento, which is in Sacramento County, are located within the venue of the United States District Court for the Eastern District of California. See 28 U.S.C. § 84(b). One of the six named Defendants is the Warden at PBSP, which is in Del Norte County and is located within the venue of the Northern District of California. See 28 U.S.C. § 84(a).

    When, as here, jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any

defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b).  In the instant action, there are Defendants located in both the Northern and Eastern Districts, thus, under § 1391(b), venue is allowed in either district.

Where, however, an alternative forum with greater relation to the defendants or the action exists than the forum in which the action was filed, 28 U.S.C. § 1404(a) allows transfer of a case from one federal district court to another "[f]or the convenience of parties and witnesses, in the interest of justice."  Here, the majority of the Defendants are located in the Eastern District and the majority of the claims arise from events occurring in that district.  Consequently, the Eastern District has a greater relation to the Defendants and the claims than does this Court.

Accordingly, IT IS ORDERED in the interest of justice and for the convenience of both the parties and the witnesses, and pursuant to 28 U.S.C. § 1404(a), that this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The Clerk of the Court shall transfer this matter forthwith.

IT IS SO ORDERED.

Dated: 6/16/2011

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

<b>United States District Court</b><br>For the Northern District of California

UNITED STATES DISTRICT COURT<br>FOR THE<br>NORTHERN DISTRICT OF CALIFORNIA

MARTIN J BIBBS,

        Plaintiff,

  v.

CDCR SECRETARY et al,

        Defendant.
                                         /

Case Number: CV10-03999 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 16, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Martin J. Bibbs H-03951
P.O. Box 7500, C5-119
Cresent City,  CA 95531

Dated: June 16, 2011

                                        Richard W. Wieking, Clerk
                                        By: Nikki Riley, Deputy Clerk

3